B1 (Official Form 1)(4/10)

| **United States Bankruptcy Court**<br>**Central District of California** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**2151 Hotel CircleSouth, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0916069** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4347 Tosca Road**<br>**Woodland Hills, CA**<br>ZIP Code **91364** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **2151 Hotel Circle South**<br>**San Diego, CA** | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**2151 Hotel CircleSouth, LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **C.D. Cal., San Fernando Valley Div.** | Case Number:<br>**1:10-bk-10065-MT** | Date Filed:<br>**1/04/10** |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **2151 Hotel CircleSouth, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Stuart J. Wald**
Signature of Attorney for Debtor(s)

**Stuart J. Wald 173144**
Printed Name of Attorney for Debtor(s)

_____
Firm Name
**36154 Coffee Tree Place**
**Murrieta, CA 92562**

_____
Address

**Email: stuart.wald@gmail.com**
**310-429-3354  Fax: 951-894-4546**
Telephone Number

**April 8, 2010**          **173144**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Crail**
Signature of Authorized Individual

**Charles Crail**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**April 8, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    **2151 Hotel CircleSouth, LLC** _____    Case No. _____
                                    Debtor(s)                      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Aquatic Quality Assurance Inc.<br>518 Larchwood Drive<br>#A10<br>San Marcos, CA 92069 | Aquatic Quality Assurance Inc.<br>518 Larchwood Drive<br>#A10<br>San Marcos, CA 92069 | | | 1,425.00 |
| ASCAP<br>21678 Network Place<br>Chicago, IL 60673-1216 | ASCAP<br>21678 Network Place<br>Chicago, IL 60673-1216 | | | 1,220.01 |
| AT&T Payment Center<br>Sacramento, CA 95887-0001 | AT&T Payment Center<br>Sacramento, CA 95887-0001 | | | 984.01 |
| BMI<br>10 Music Square East<br>Nashville, TN 37203-9901 | BMI<br>10 Music Square East<br>Nashville, TN 37203-9901 | | | 1,769.13 |
| California Hotel & Lodging Assoc.<br>P.O. Box 160405<br>Sacramento, CA 95816 | California Hotel & Lodging Assoc.<br>P.O. Box 160405<br>Sacramento, CA 95816 | | | 1,820.00 |
| Charles Crail<br>4347 Tosca Road<br>Woodland Hills, CA 91364 | Charles Crail<br>4347 Tosca Road<br>Woodland Hills, CA 91364 | | Inside loan | 3,500,278.37 |
| Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-9760 | Cintas Corporation<br>97627 Eagle Way<br>Chicago, IL 60678-9760 | Uniforms | | 2,962.46 |
| City of San Diego TOT<br>P.O. Box 122289<br>San Diego, CA 92112 | City of San Diego TOT<br>P.O. Box 122289<br>San Diego, CA 92112 | Occupancy taxes | | 22,276.00 |
| City of San Diego Water Dept.<br>San Diego, CA 92187-0001 | City of San Diego Water Dept.<br>San Diego, CA 92187-0001 | | | 5,823.69 |
| Courtesy Products<br>P.O. Box 17488<br>Saint Louis, MO 63178-7488 | Courtesy Products<br>P.O. Box 17488<br>Saint Louis, MO 63178-7488 | | | 1,629.04 |
| Guest Distribution<br>9221 Corbin Avenue<br>#210<br>Northridge, CA 91324 | Guest Distribution<br>9221 Corbin Avenue<br>#210<br>Northridge, CA 91324 | | | 2,275.31 |

B4 (Official Form 4) (12/07) - Cont.

In re   **2151 Hotel CircleSouth, LLC**                                                      Case No.   _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| H&P Refrigeration Inc.<br>5012 Lehrer Drive<br>San Diego, CA 92117 | H&P Refrigeration Inc.<br>5012 Lehrer Drive<br>San Diego, CA 92117 | | | 1,117.64 |
| Johnny Stewart<br>Guy Enterprises LLC dba<br>Karaoke Guy<br>8064 Cowan Avenue<br>Los Angeles, CA 90045 | Johnny Stewart<br>Guy Enterprises LLC dba Karaoke Guy<br>8064 Cowan Avenue<br>Los Angeles, CA 90045 | | | 1,575.00 |
| Leslie's Pool Supply<br>P.O. Box 501162<br>Saint Louis, MO 63150-1162 | Leslie's Pool Supply<br>P.O. Box 501162<br>Saint Louis, MO 63150-1162 | | | 3,530.74 |
| MarComet<br>P.O. Box 368<br>Tranquility, NJ 07879 | MarComet<br>P.O. Box 368<br>Tranquility, NJ 07879 | | | 1,548.93 |
| Neal Electric<br>P.O. Box 1655<br>Poway, CA 92064 | Neal Electric<br>P.O. Box 1655<br>Poway, CA 92064 | | | 5,371.46 |
| Onity<br>2232 Northmont Pkwy.<br>Duluth, GA 30096 | Onity<br>2232 Northmont Pkwy.<br>Duluth, GA 30096 | | | 1,997.07 |
| Ramada WorldWide Inc.<br>15018 Collections Center Drive<br>Chicago, IL 60693 | Ramada WorldWide Inc.<br>15018 Collections Center Drive<br>Chicago, IL 60693 | Franchise Fees | | 52,411.58 |
| San Diego Visitor's Info<br>2688 E. Mission Bay Drive<br>San Diego, CA 92109 | San Diego Visitor's Info<br>2688 E. Mission Bay Drive<br>San Diego, CA 92109 | | | 2,800.00 |
| Signature Training<br>P.O. Box 931294<br>Cleveland, OH 44193 | Signature Training<br>P.O. Box 931294<br>Cleveland, OH 44193 | | | 1,450.00 |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **April  8, 2010**                                Signature   **/s/ Charles Crail**

                                                     **Charles Crail**

                                                     **Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Case 1:10-bk-10065-MT, filed on 1/4/2010, dismissed on 3/26/2010, United States Bankruptcy Court for the Central District of California, San Fernando Valley Division**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Case 1:10-bk-10065-MT, filed on 1/4/2010, dismissed on 3/26/2010, United States Bankruptcy Court for the Central District of California, San Fernando Valley Division**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Murrieta_____ , California.

Dated   **April 8, 2010**_____

**/s/ Charles Crail**_____
**Charles Crail**
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **2151 Hotel CircleSouth, LLC**                                      Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | Aloha POS System | | | | | |
| **Leaf Financial** **P.O. Box 64406** **Cincinnati, OH 45264-4206** | | - | | | | | | | | |
| | | | | | Value $                    0.00 | | | | 15,363.00 | Unknown |
| Account No. | | | | | Deed of Trust | | | | | |
| **Wells Fargo Bank, N.A. as Trustee** **c/o Perkins Coie, 1888 CenturyParkE** **Suite 1700** **Los Angeles, CA 90067-1721** | | - | | | Ramada hotel | | | X | | |
| | | | | | Value $            Unknown | | | | 11,000,000.00 | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

| | | | |
|---|---|---|---|
| __0__   continuation sheets attached | Subtotal (Total of this page) | 11,015,363.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 11,015,363.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **2151 Hotel CircleSouth, LLC**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| A to Z Plumbing P.O. Boxx 19441 San Diego, CA 92159 | | - | | | | | | 165.00 |
| Account No. **x03-01** | | | | | | | | |
| Affordable Grease Pumping 5820 Miramar Road #209 San Diego, CA 92121 | | - | | | | | | 300.00 |
| Account No. | | | | | | | | |
| Anthony Travel Gateway Tower, 811 LBJ Freeway #1130 Dallas, TX 75251 | | - | | | | | | 41.10 |
| Account No. | | | | | | | | |
| Aquatic Quality Assurance Inc. 518 Larchwood Drive #A10 San Marcos, CA 92069 | | - | | | | | | 1,425.00 |
| __9__  continuation sheets attached | | | | | Subtotal (Total of this page) | | | 1,931.10 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **2151 Hotel CircleSouth, LLC**                                    Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx6254** | | | | | | | |
| ASCAP 21678 Network Place Chicago, IL 60673-1216 | - | | | | | | 1,220.01 |
| Account No. **555 2** | | | | | | | |
| AT&T Payment Center Sacramento, CA 95887-0001 | - | | | | | | 984.01 |
| Account No. **xxx9872** | | | | | | | |
| BMI 10 Music Square East Nashville, TN 37203-9901 | - | | | | | | 1,769.13 |
| Account No. | | | | | | | |
| Borrego Springs P.O. Box 1276 Borrego Springs, CA 92004-1276 | - | | | | | | 557.00 |
| Account No. **xx3550** | | | | | | | |
| Business Music & Communication 8450 Production Avenue Suite B San Diego, CA 92121 | - | | | | | | 26.92 |

Sheet no. _**1**_ of _**9**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,557.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **2151 Hotel CircleSouth, LLC**                                    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7746** <br><br> California Hotel & Lodging Assoc. <br> P.O. Box 160405 <br> Sacramento, CA 95816 | | - | | | | | | 1,820.00 |
| Account No. <br><br> Charles Crail <br> 4347 Tosca Road <br> Woodland Hills, CA 91364 | | - | | | | | | 3,500,278.37 |
| Account No. **xxxxxxx-0001** <br><br> Cintas Corporation <br> 97627 Eagle Way <br> Chicago, IL 60678-9760 | | - | | Uniforms | | | | 2,962.46 |
| Account No. <br><br> Cintas Corporation <br> 6440 Lusk Blvd. <br> San Diego, CA 92121 | | - | | First Aid | | | | 229.12 |
| Account No. **xxx-xxxx6-233** <br><br> City of San Diego Water Dept. <br> San Diego, CA 92187-0001 | | - | | | | | | 5,823.69 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,511,113.64

B6F (Official Form 6F) (12/07) - Cont.

In re    **2151 Hotel CircleSouth, LLC**                                    Case No. _____
                                                                                ,
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx2765** | | | | | | | | |
| Courtesy Products P.O. Box 17488 Saint Louis, MO 63178-7488 | | - | | | | | | 1,629.04 |
| Account No. **x8901** | | | | | | | | |
| Cox Communications P.O. Box 79171 Phoenix, AZ 85062-9171 | | - | | | | | | 155.49 |
| Account No. | | | | | | | | |
| Cross Way Fire Protection, Inc. 1220 Rosecrans St. #303 San Diego, CA 92106 | | - | | | | | | 249.00 |
| Account No. **xxx:xx2672** | | | | | | | | |
| Darling International P.O. Box 552210 Detroit, MI 48255-2210 | | - | | | | | | 76.68 |
| Account No. | | | | | | | | |
| Deep Blue Wireless 12 Elmwood Road Menands, NY 12204 | | - | | | | | | 515.86 |

Sheet no. __3__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,626.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **2151 Hotel CircleSouth, LLC**                                    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Discount Coolers 11727 Birch Glen Court San Diego, CA 92131 | - | | | | | | 796.08 |
| Account No. | | | | | | | |
| EZ Yield.com 125 Excelsior Parkway Suite 101 Winter Springs, FL 32708 | - | | | | | | 258.00 |
| Account No. xxxxx4504 | | | | | | | |
| FP Mailing Solutions P.O. Box 4272 Carol Stream, IL 60197-4272 | - | | | | | | 380.81 |
| Account No. xx0205 | | | | | | | |
| Frazee Industries, Inc. Dept. #2510 Los Angeles, CA 90084-2510 | - | | | | | | 231.37 |
| Account No. | | | | | | | |
| Golden State Laundry Systems 1984 E. Gladwick Street Rancho Dominguez, CA 90220 | - | | | | | | 326.93 |

Sheet no. __4__ of __9__ sheets attached to Schedule of                      Subtotal                 1,993.19
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **2151 Hotel CircleSouth, LLC**      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8043** <br><br> Guest Distribution <br> 9221 Corbin Avenue <br> #210 <br> Northridge, CA 91324 | - | | | | | | 2,275.31 |
| Account No. <br><br> H&P Refrigeration Inc. <br> 5012 Lehrer Drive <br> San Diego, CA 92117 | - | | | | | | 1,117.64 |
| Account No. <br><br> Johnny Stewart <br> Guy Enterprises LLC dba Karaoke Guy <br> 8064 Cowan Avenue <br> Los Angeles, CA 90045 | - | | | | | | 1,575.00 |
| Account No. <br><br> Kelco <br> 2323 Caminito Mira <br> San Diego, CA 92107 | - | | | | | | 97.88 |
| Account No. **x0674** <br><br> Leslie's Pool Supply <br> P.O. Box 501162 <br> Saint Louis, MO 63150-1162 | - | | | | | | 3,530.74 |

Sheet no. **5** of **9** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     8,596.57

B6F (Official Form 6F) (12/07) - Cont.

In re    **2151 Hotel CircleSouth, LLC**                                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Liberty Electronics 652 L Street Chula Vista, CA 91911 | - | | | | | | 463.52 |
| Account No. **1543** | | | | | | | |
| MarComet P.O. Box 368 Tranquility, NJ 07879 | - | | | | | | 1,548.93 |
| Account No. **xxxx51-00** | | | | | | | |
| Mission Linen Supply 2727 Industry Street Oceanside, CA 92054-4810 | - | | | | | | 715.47 |
| Account No. | | | | | | | |
| National Tour Association Attn: Member Development 546 E. Main Street Lexington, KY 40508 | - | | | | | | 625.00 |
| Account No. | | | | | | | |
| Neal Electric P.O. Box 1655 Poway, CA 92064 | - | | | | | | 5,371.46 |

Sheet no. _6_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 8,724.38 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **2151 Hotel CircleSouth, LLC**                                                    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx0021** | | | | | | | | |
| Oasis Breads 155 Mata Way #112 San Marcos, CA 92069 | | - | | | | | | 219.75 |
| Account No. **xx1503** | | | | | | | | |
| Onity 2232 Northmont Pkwy. Duluth, GA 30096 | | - | | | | | | 1,997.07 |
| Account No. **xx0085** | | | | | | | | |
| Overall Supply, Inc. Lighting/Chemical Division 823 East Gate Drive, Unit #2 Mount Laurel, NJ 08054 | | - | | | | | | 368.45 |
| Account No. | | | | | | | | |
| Pro Edge Knife 7431 Mission Gorge Road San Diego, CA 92120 | | - | | | | | | 26.00 |
| Account No. 110 | | | | Franchise Fees | | | | |
| Ramada WorldWide Inc. 15018 Collections Center Drive Chicago, IL 60693 | | - | | | | | | 52,411.58 |

Sheet no. _7_ of _9_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    55,022.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **2151 Hotel CircleSouth, LLC**                                    Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1-018** | | | | | | | |
| **Reliable Elevator**<br>**8245 Ronson Road**<br>**Suite K**<br>**San Diego, CA 92111** | | - | | | | | 833.42 |
| Account No. | | | | | | | |
| **San Diego Chemical Exhaust**<br>**35 Hensley Street**<br>**San Diego, CA 92102** | | - | | | | | 550.00 |
| Account No. **1676** | | | | | | | |
| **San Diego Reader**<br>**P.O. Box 85803**<br>**San Diego, CA 92186** | | - | | | | | 318.00 |
| Account No. | | | | | | | |
| **San Diego Sports Commission**<br>**2131 Pan America Plaza**<br>**San Diego, CA 92101** | | - | | | | | 70.80 |
| Account No. | | | | | | | |
| **San Diego Visitor's Info**<br>**2688 E. Mission Bay Drive**<br>**San Diego, CA 92109** | | - | | | | | 2,800.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,572.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **2151 Hotel CircleSouth, LLC**                                    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-x0061** | | | | | | | |
| **SESAC, Inc.** P.O. Box 900013 Raleigh, NC 27675-9013 | - | | | | | | 795.34 |
| Account No. **xxx0481** | | | | | | | |
| **Signature Training** P.O. Box 931294 Cleveland, OH 44193 | - | | | | | | 1,450.00 |
| Account No. **xxxxx5219** | | | | | | | |
| **Staples Business Advantage** Dept. 1368 P.O. Box 83689 Chicago, IL 60696-3689 | - | | | | | | 409.75 |
| Account No. **xx6455** | | | | | | | |
| **State Chemical Mfg. Co.** P.O. Box 74189 Cleveland, OH 44194-0268 | - | | | | | | 261.84 |
| Account No. **xx043 0** | | | | | | | |
| **Waxie Sanitary Supply** P.O. Box 81006 San Diego, CA 92135-1006 | - | | | | | | 797.00 |

| | | |
|---|---|---|
| Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,713.93 |
| | Total (Report on Summary of Schedules) | 3,602,851.02 |

B6G (Official Form 6G) (12/07)

In re  **2151 Hotel CircleSouth, LLC**                                      Case No. _____
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| CIT<br>21146 Network Place<br>Chicago, IL 60673-1211 | Sign lease, started 7/28/05 for 84 months |
| Minolta<br>P.O. Box 41602<br>Philadelphia, PA 19101-1602 | Copier lease, started 4/1/10 for 31 months |
| TCF Financial<br>11100 Wayzata Blvd.<br>Suite 801<br>Minnetonka, MN 55305 | Lease of Van, 24 month term started 12/28/08,<br>$10,764 remaining on lease |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

Verification of Creditor Mailing List - (Rev. 10/05)                                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Stuart J. Wald 173144**

Address    **36154 Coffee Tree Place Murrieta, CA 92562**

Telephone    **310-429-3354 Fax: 951-894-4546**

▣ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **2151 Hotel CircleSouth, LLC** | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __8__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **April 8, 2010**                          **/s/ Charles Crail**
                                                      **Charles Crail/Managing Member**
                                                      Signer/Title

Date:    **April 8, 2010**                          **/s/ Stuart J. Wald**
                                                      Signature of Attorney
                                                      **Stuart J. Wald 173144**

                                                      **36154 Coffee Tree Place
                                                      Murrieta, CA 92562
                                                      310-429-3354   Fax: 951-894-4546**

2151 Hotel CircleSouth, LLC
4347 Tosca Road
Woodland Hills, CA 91364


Stuart J. Wald
~~Wald~~ ~~& Associates~~
36154 Coffee Tree Place
Murrieta, CA 92562


A to Z Plumbing
P.O. Boxx 19441
San Diego, CA 92159


Affordable Grease Pumping
5820 Miramar Road
#209
San Diego, CA 92121


Anthony Travel
Gateway Tower, 811 LBJ Freeway
#1130
Dallas, TX 75251


Aquatic Quality Assurance Inc.
518 Larchwood Drive
#A10
San Marcos, CA 92069


ASCAP
21678 Network Place
Chicago, IL 60673-1216


AT&T Payment Center
Sacramento, CA 95887-0001

BMI
10 Music Square East
Nashville, TN 37203-9901


Borrego Springs
P.O. Box 1276
Borrego Springs, CA 92004-1276


Business Music & Communication
8450 Production Avenue
Suite B
San Diego, CA 92121


California Hotel & Lodging Assoc.
P.O. Box 160405
Sacramento, CA 95816


Charles Crail
4347 Tosca Road
Woodland Hills, CA 91364


Cintas Corporation
97627 Eagle Way
Chicago, IL 60678-9760


Cintas Corporation
6440 Lusk Blvd.
San Diego, CA 92121


CIT
21146 Network Place
Chicago, IL 60673-1211

City of San Diego TOT
P.O. Box 122289
San Diego, CA 92112


City of San Diego Water Dept.
San Diego, CA 92187-0001


Courtesy Products
P.O. Box 17488
Saint Louis, MO 63178-7488


Cox Communications
P.O. Box 79171
Phoenix, AZ 85062-9171


Cross Way Fire Protection, Inc.
1220 Rosecrans St.
#303
San Diego, CA 92106


Darling International
P.O. Box 552210
Detroit, MI 48255-2210


Deep Blue Wireless
12 Elmwood Road
Menands, NY 12204


Discount Coolers
11727 Birch Glen Court
San Diego, CA 92131

EZ Yield.com
125 Excelsior Parkway
Suite 101
Winter Springs, FL 32708


FP Mailing Solutions
P.O. Box 4272
Carol Stream, IL 60197-4272


Frazee Industries, Inc.
Dept. #2510
Los Angeles, CA 90084-2510


Golden State Laundry Systems
1984 E. Gladwick Street
Rancho Dominguez, CA 90220


Guest Distribution
9221 Corbin Avenue
#210
Northridge, CA 91324


H&P Refrigeration Inc.
5012 Lehrer Drive
San Diego, CA 92117


Johnny Stewart
Guy Enterprises LLC dba Karaoke Guy
8064 Cowan Avenue
Los Angeles, CA 90045


Kelco
2323 Caminito Mira
San Diego, CA 92107

Leaf Financial
P.O. Box 64406
Cincinnati, OH 45264-4006


Leslie's Pool Supply
P.O. Box 501162
Saint Louis, MO 63150-1162


Liberty Electronics
652 L Street
Chula Vista, CA 91911


MarComet
P.O. Box 368
Tranquility, NJ 07879


Minolta
P.O. Box 41602
Philadelphia, PA 19101-1602


Mission Linen Supply
2727 Industry Street
Oceanside, CA 92054-4810


National Tour Association
Attn: Member Development
546 E. Main Street
Lexington, KY 40508


Neal Electric
P.O. Box 1655
Poway, CA 92064

Oasis Breads
155 Mata Way #112
San Marcos, CA 92069


Office of the United States Trustee
21051 Warner Center Lane
#115
Woodland Hills, CA 91367


Onity
2232 Northmont Pkwy.
Duluth, GA 30096


Overall Supply, Inc.
Lighting/Chemical Division
823 East Gate Drive, Unit #2
Mount Laurel, NJ 08054


Pro Edge Knife
7431 Mission Gorge Road
San Diego, CA 92120


Ramada WorldWide Inc.
15018 Collections Center Drive
Chicago, IL 60693


Reliable Elevator
8245 Ronson Road
Suite K
San Diego, CA 92111


San Diego Chemical Exhaust
35 Hensley Street
San Diego, CA 92102

San Diego Reader
P.O. Box 85803
San Diego, CA 92186


San Diego Sports Commission
2131 Pan America Plaza
San Diego, CA 92101


San Diego Visitor's Info
2688 E. Mission Bay Drive
San Diego, CA 92109


SESAC, Inc.
P.O. Box 900013
Raleigh, NC 27675-9013


Signature Training
P.O. Box 931294
Cleveland, OH 44193


Staples Business Advantage
Dept. 1368
P.O. Box 83689
Chicago, IL 60696-3689


State Chemical Mfg. Co.
P.O. Box 74189
Cleveland, OH 44194-0268


TCF Financial
11100 Wayzata Blvd.
Suite 801
Minnetonka, MN 55305

Waxie Sanitary Supply
P.O. Box 81006
San Diego, CA 92135-1006


Wells Fargo Bank, N.A. as Trustee
c/o Perkins Coie, 1888 CenturyParkE
Suite 1700
Los Angeles, CA 90067-1721